# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 907 MAL 2016

               Respondent  :

    :  Petition for Allowance of Appeal from
    :  the Order of the Superior Court

                v.  :

EDWARD GARY BOYD ,  :

               Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.